UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY HARRINGTON,

    Plaintiff,

v

    Case No. 2:17-cv-10664-AJT-RSW

    Hon. Arthur J. Tarnow

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.

_____

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action against Defendant Equifax Information Services, LLC, ONLY, with prejudice and without costs to either party.

    Respectfully submitted

March 22, 2017        /s/ Gary Nitzkin_____
        GARY D. NITZKIN (P41155)
        Attorney for Plaintiff
        22142 West Nine Mile Road
        Southfield, MI 48033
        (248) 353-2882
        GNitzkin@creditor-law.com