UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY HARRINGTON, | Case No. 17-10664 |
| Plaintiff, | ARTHUR J. TARNOW |
| v. | SENIOR U.S. DISTRICT JUDGE |
| CAPITAL ONE BANK (USA) N.A., | |
| Defendant. | |
| _____/ | |

## ORDER OF DISMISSAL

On June 6, 2017, the Court received a Notice of Settlement (D.E. # 12) indicating that a stipulated order of dismissal would be submitted within 30 days. Since that filing, there has been no activity on the Court's docket.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and without prejudice to the right of the parties, within 30 days and upon good cause shown, to move to vacate this order.

**SO ORDERED.**

s/Arthur J. Tarnow
ARTHUR J. TARNOW
Senior United States District Judge

Dated: December 8, 2017